CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Gerson Sales-Carrillo<br>YOB: 1999; Citizen of Guatemala | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>26-06134MJ |

Complaint for violation of Title 8, United States Code Section 1325(a)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about April 30, 2026, at or near Sasabe, in the District of Arizona, **Gerson Sales-Carrillo**, an alien, entered the United States of America from Mexico at a time or place other than as assigned by immigration officials of the United States of America in violation of Title 8, United States Code Section 1325(a)(1), a petty misdemeanor.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Gerson Sales-Carrillo** is a citizen of Guatemala. On April 30, 2026, agents found **Gerson Sales-Carrillo** in the United States at or near Sasabe, Arizona, without the proper immigration documents. **Gerson Sales-Carrillo** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to apply for admission to the United States. Furthermore, **Gerson Sales-Carrillo** admitted to illegally entering the United States of America from Mexico on or about April 30, 2026, at or near Sasabe, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent<br>Eric R. Wood |

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 1, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Hopkins